IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY BARNHILL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BOSSELMAN PUMP AND PANTRY, INC.,<br><br>　　　　　　Defendant. | **8:20CV208**<br><br>**ORDER** |

1)   The motion to withdraw filed by Elaine A. Waggoner, as counsel of record for Plaintiff, (Filing No. 22), is granted.

2)   On or before January 4, 2021, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3)   Plaintiff's request to stay his response deadlines to pending discovery is denied without prejudice to reassertion after either: (a) entry of appearance by substitute counsel; or (b) Plaintiff's filed statement of intent to litigate *pro se*.

4)   Elaine A. Waggoner shall provide to Plaintiff a copy of this order.

Dated this 1st day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge