IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY BARNHILL,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BOSSELMAN PUMP AND PANTRY,<br>INC.,<br><br>                    Defendant. | **8:20CV208**<br><br><br>**ORDER** |

On March 25, 2021, Defendant contacted the court to request certain deadline extensions. Plaintiff did not respond to attempts from both Defendant and the court to determine whether he was opposed to the requested extensions. The court will treat Defendant's request as unopposed and grant the extensions.

Accordingly, IT IS ORDERED:

1)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is May 31, 2021.

2)    The deadline for filing motions to dismiss and motions for summary judgment is June 28, 2021.

3)    The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

4)    All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of

circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 5th day of April, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge