IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY BARNHILL,<br><br>    Plaintiff,<br><br>vs.<br><br>BOSSELMAN PUMP AND PANTRY, INC.,<br><br>    Defendant. | **8:20CV208**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that the final progression order is amended as follows:

1) The status conference scheduled to be held on June 8, 2021 is cancelled. Counsel shall contact my chambers to reschedule the status conference within 10 days following the ruling on Defendant's anticipated motion for summary judgment.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to June 30, 2021.

3) Plaintiff's deposition will be held at the office of her counsel in Omaha. If it is not completed within five hours, it will be adjourned and will reconvene for completion at another date and time. The parties will cooperate to find a date and time available to all counsel, the plaintiff, and Defendant's representative. If finding a mutually convenient date and time poses difficulty, defense counsel shall contact my chambers.

4) The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on *Daubert* and related grounds is extended to July 30, 2021.

June 2, 2021

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge