IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY BARNHILL,<br><br>                Plaintiff,<br><br>    vs.<br><br>BOSSELMAN PUMP AND PANTRY, INC.,<br><br>                Defendant. | **8:20CV208**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Jennifer L. Ralph, as counsel of record for Defendant, (Filing No. 43), is granted. Jennifer L. Ralph shall no longer receive electronic notice in this case.

Dated this 12th day of October, 2021.

                                                  BY THE COURT:

                                                  *s/ Cheryl R. Zwart*
                                                  United States Magistrate Judge