IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY BARNHILL,<br><br>            Plaintiff,<br><br>     vs.<br><br>BOSSELMAN PUMP AND PANTRY, INC.,<br><br>            Defendant. | **8:20CV208**<br><br>**ORDER** |

1)      The motion to withdraw filed by Edward L. Wintroub, as counsel of record for Plaintiff (Filing No. 45), is granted.

2)      On or before December 3, 2021, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3)      The clerk shall set a December 3, 2021 case management deadline.

Dated this 12th day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge