IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY BARNHILL,<br><br>    Plaintiff,<br><br>vs.<br><br>BOSSELMAN PUMP AND PANTRY, INC.,<br><br>    Defendant. | 8:20CV208<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the Joint Stipulation for Dismissal with Prejudice (Filing No. 47). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 13th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge